DANIEL DONOVAN
Attorney at Law
P.O. Box 6573
Great Falls, MT 59406
dan@danieldonovanlaw.com
Telephone: (406) 868-3753
    *Counsel for Defendant*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>-vs-<br><br><br><br><br>TIMOTHY WARREN ROSETTE,<br><br>    Defendant. | CR 14-101-GF-BMM<br>CR 15-03-GF-BMM<br>CR 15-04-GF-BMM<br><br>**UNOPPOSED<br>MOTION<br>TO<br>CONTINUE<br>SENTENCING HEARING** |

    TIMOTHY WARREN ROSETTE, the above-named Defendant, by and through his counsel of record, DANIEL DONOVAN, moves the Court to continue the Sentencing Hearing currently scheduled for October 29, 2015. Mr. Rosette further moves the Court to extend the pre-sentencing deadlines.

    This Motion is based on the following grounds and reasons:

    1. Defense Counsel was recently appointed to represent Mr. Rosette; and

2. Defense Counsel needs additional time to review the files and records in this case, to confer with Mr. Rosette, and to prepare for sentencing.

Defense Counsel respectfully requests that the Sentencing Hearing and the pre-sentencing deadlines be continued for at least 30 days.

The Government has been contacted and is in agreement with this Motion as is Mr. Rosette.

DATED this 16th day of September, 2015.

TIMOTHY WARREN ROSETTE


By:   /s/ Daniel Donovan
      DANIEL DONOVAN
      *Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2015, a copy of the foregoing document was served on the following persons by the following means:

| | |
|---|---|
| 1, 2 | CM-ECF |
| | Hand Delivery |
| 3 | Mail |
| | Overnight Delivery Service |
| | Fax |
| | E-Mail |

1. CLERK, UNITED STATES DISTRICT COURT

2. CARL E. ROSTAD
   Assistant U.S. Attorney
   *Counsel for Plaintiff*

3. TIMOTHY WARREN ROSETTE
   *Defendant*

 /s/ Daniel Donovan
DANIEL DONOVAN